IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANITA TEKMEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-1304 (AJT/MSN) |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

With respect to the bench trial in this case scheduled to begin on September 9, 2019, the Court orders as follows:

I. On **Monday, September 9, 2019**, the Court will convene at **9:30 a.m.** to address any preliminary matters, and trial will begin at 10:00 a.m. Thereafter, beginning on Tuesday, September 10, 2019 and through the remainder of trial, the Court will begin trial at 9:30 a.m., although counsel should be present by 9:00 a.m., unless otherwise informed by the Court.

Subject to the exigencies of the case the Court will take a lunch recess from 1:00 p.m. to 2:00 p.m. and recess between 5:30 p.m. and 6:00 p.m. daily; and, the Court will not conduct the trial on Fridays.

II. **Technology in Court**

A. **Personal Electronic Devices.** The Court only permits electronic devices that will be used to aid in the presentation of evidence at trial, such as laptop computers and other related equipment, and only with the Court's prior authorization. Cell phones and other personal electronic devices are not permitted.

B. **Evidence Presentation Systems.** In order to bring approved electronic devices for the presentation of evidence into the courthouse, counsel must obtain authorization from the Court. If counsel desires to use the Court's evidence presentation system, it also must request use prior to trial. Counsel must submit the completed forms via CM/ECF at least **three (3) days before trial**. Once the Court has approved the request, counsel will receive a Notice of Electronic Filing (NEF). Counsel is advised to bring the signed form to the courthouse on the dates

requested and to present it to the court security officers (CSOs) at the entry of the courthouse. The electronic authorization form and the evidence presentation form are available here: http://www.vaed.uscourts.gov/locations/documents/NEW_PERSONAL%20ELECTRONICS%20DEVICE%20POLICY.pdf. Counsel **should not request authorization to bring in cell phones or other personal electronic devices,** which are prohibited.

C. **Orientation to Evidence Presentation Systems.** Orientation prior to any use of the equipment is required. Once you have received approval to use the evidence presentation system, please email the Court Technology Administrator at courtroom_tech@vaed.uscourts.gov to schedule an orientation. **Please include the anticipated date(s) of orientation on the electronic authorization form submitted to the court**. Orientations are for learning how to use the courthouse's evidence presentation system and testing the attorneys' laptop computer connections. Practicing presentations and preparing witnesses is not allowed.

D. **Additional Information.** Additional information regarding the Court's evidence presentation system is available here: http://www.vaed.uscourts.gov/resources/Court%20Technology/evidence_presentation_systems.htm

III. **Exhibits** shall be addressed in the following manner:

A. The parties shall place all proposed trial exhibits in binders, properly tabbed, numbered, and indexed, and the original and two (2) copies shall be delivered to the Clerk, with copies in the same form to the opposing party, **five (5) days** before trial.

B. The parties are directed to meet and confer with respect to all outstanding objections to exhibits; and to resolve to the maximum extent possible any such objections.

C. Each party will submit to the Court, **three (3) days before trial**, a list of the other party's exhibits to which an objection remains outstanding and as to each such exhibit, a brief justifying the remaining objection.

D. In those instances where an objection is asserted to only a portion of an exhibit, the objecting party should submit a version of the exhibit that it does not object to. For example, where only a portion of an exhibit is objected to on the grounds of hearsay, relevance or lack of personal knowledge, the objecting party should submit a proposed redacted version of the exhibit.

IV. **Findings of Fact and Conclusions of Law.** Counsel should file proposed findings of fact and conclusions of law, along with any stipulated facts, on or before **Tuesday, April 30, 2019**. Courtesy copies of all of these documents in Microsoft Word format should be emailed to my law clerk at neal_modi@vaed.uscourts.gov by the same date.

V.  If any party anticipates significant unresolved issues, other than those that are or will be the subject of motions, please alert the Court as soon as possible. This Order is not intended to modify the parties' obligations under any previous Order.

### Contact Information

| | | |
|---|---|---|
| Judicial Assistant | Kristina Brown | (703) 299-2113 |
| Law Clerk | Neal_Modi<br>@vaed.uscourts.gov | (703) 299-2201 |

The Clerk is directed to forward copies of this Order to all counsel of record.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 20, 2019