IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Anita Tekmen )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Reliance Standard Life Insurance Company )<br>)<br>    Defendant. ) | Civil Action No. 1:18-cv-1304 |

## **JUDGMENT**

Pursuant to the order of this Court entered on April 28, 2020 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Anita Tekmen and against the Defendant, Reliance Standard Life Insurance Company in the amount of $186,044.05, with a reinstatement of Plaintiff's life premium waiver, pre-judgment interest at a rate of 6%, and attorney's fees and costs in the amount of $50,400.00.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
    L.Creek
    Deputy Clerk

Dated: 4/28/2020
Alexandria, Virginia