# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| ANITA TEKMEN,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 1:18-cv-01304-AJT-MSN |

## NOTICE OF SETTLEMENT OF PLAINTIFF/APPELLEE'S MOTION FOR ATTORNEYS' FEES AND COSTS

Notice is hereby given that the parties have reached a settlement of plaintiff's Motion for Attorneys' Fees and Costs in this matter.

Executed at Northridge, California on April 11, 2023.

/s/ *Glenn R. Kantor*
Glenn R. Kantor

Richard D. Carter (VSB No. 32257)
Richard D. Carter, LLC
416 Jefferson Street
Annapolis, MD  21403
(410)268-2317 (Telephone)
(703)542-1273 (Facsimile)
rcarter@richcarterlaw.com

1

2

          Glenn R. Kantor (CA Bar No. 122643)
          KANTOR & KANTOR
          19839 Nordhoff Street
          Northridge, CA  91324
          (818)886-2525 (Telephone)
          (818)886-6272  (Facsimile)
          gkantor@kantorlaw.net

          Attorneys for Plaintiff, Anita Tekmen