IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANITA TEKMEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-1304 |
| | ) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties having filed a Notice of Settlement of Plaintiff/Appellee's Motion for Attorneys' Fees and Costs, [Doc. No. 77], and it appearing to the Court that Plaintiff's Motion for Attorneys' Fees and Costs, [Doc. No. 72], has been resolved, it is hereby

**ORDERED** that the Motion, [Doc. No. 72], be, and the same hereby is, DENIED as MOOT.

The Clerk is directed to close this case and forward copies of this Order to all counsel of record.

Alexandria, Virginia
May 30, 2023

Anthony J. Trenga
Senior U.S. District Judge